Plaintiffs claim is against the Guilford County District Attorneys Office. The Industrial Commission has no jurisdiction over the District Attorneys Office as it is not a state agency or department as required by the Tort Claims Act. N.C. Gen. Stat.143-291 et seq.
Accordingly, plaintiffs claim against defendant is hereby DISMISSED WITH PREJUDICE.
This the ___ day of June 2000.
 S/______________________ LAURA KRANIFELD MAVRETIC COMMISSIONER
CONCURRING:
S/_____________ THOMAS J. BOLCH COMMISSIONER
S/______________ RENE C. RIGGSBEE COMMISSIONER
LKM/bjp